C. Murray HENDERSON, Warden, Louisiana State Penitentiary.

No. 52339.

April 6, 1972.

The showing made reveals that relator is not entitled to the relief sought.

259 So.2d 919

STATE of Louisiana ex rel. Jake GLOVER

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 52340.

April 6, 1972.

The ruling of the trial judge is correct.

259 So.2d 919

Walter T. GRIFFIS

v.

The TRAVELERS INSURANCE COMPANY et al.

No. 52313.

April 11, 1972.

that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

259 So.2d 919

Hollis E. MOORE et al.

v.

CENTRAL LOUISIANA ELECTRIC COMPANY, Inc., et al.

No. 52310.

April 11, 1972.

█ that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.